IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC. RETIREMENT AND WELFARE ADMINISTRATION COMMITTEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM VAN SLYCK,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07-C-4289<br>)<br>)  Judge John W. Darrah<br>)<br>)<br>)<br>) |
| WILLIAM VAN SLYCK,<br><br>　　　　Counter-Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES, INC. RETIREMENT AND WELFARE ADMINISTRATION COMMITTEE and UNITED AIR LINES, INC.,<br><br>　　　　Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Counter-Defendant, United Air Lines, Inc. Retirement and Welfare Administration Committee (the "Committee"), Counter-Defendant, United Air Lines, Inc. ("UAL"), and Defendant Counter-Plaintiff, William Van Slyck ("Van Slyck"), by their respective attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant and subject to their confidential settlement agreement, stipulate to the dismissal, with

prejudice, of all claims by Plaintiff and all counterclaims by Defendant. Each party will bear its own costs and attorneys' fees.

| By:  s/Andrew H. Haber | By:  s/ Barbara H. Borowski |
|---|---|
| Andrew H. Haber<br>Favaro & Gorman, Ltd.<br>835 Sterling Avenue<br>Suite 100<br>Palatine, Illinois 60067<br>(847) 934-0060<br>ahaber@favarogorman.com | Ronald J. Kramer<br>Barbara H. Borowski<br>SEYFARTH SHAW LLP<br>131 S. Dearborn, Suite 2400<br>Chicago, IL  60603<br>(312) 460-5000<br>rkramer@seyfarth.com<br>bborowski@seyfarth.com |